1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10   TYRON COOLEY, on behalf of himself and all        No.   2:20-CV-01382-MCE-DB
     others similarly situated,
11                                                      **ORDER RE STATUS REPORT RE**
                                                        **ARBITRATION**
12                 Plaintiff,

13          vs.

14   THE SERVICEMASTER COMPANY, LLC,
     TERMINIX INTERNATIONAL, INC., THE
15   TERMINIX INTERNATIONAL COMPANY
     LIMITED PARTNERSHIP., and Does 1 through 50,
16   inclusive,

17                 Defendants.

18

19

20

21

22

23

24

25

26

27

28

1    On August 17, 2021, this Court issued an order denying Plaintiff's Motion to Remand (ECF

2  No. 5); granting Defendants' Motion to Compel Arbitration and Stay the Case (ECF No. 7); staying

3  the case pending resolution of Plaintiff's individual claims before the arbitrator and directing the

4  parties to file Joint Status Reports every 60 days. (ECF No. 18.)

5    The parties filed a Joint Status Report on May 12, 2022, alerting the Court that the matter

6  is proceeding before the American Arbitration Association ("AAA") and that an arbitration

7  hearing is scheduled for June 12-14, 2023.

8    Given the arbitration is scheduled to occur more than a year from now in June, 2023, the

9  parties are hereby relieved from the requirement to file status reports every 60 days, as required by

10  the Court's August 17, 2021, Order.

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    The Court directs the parties to submit a Joint Status Report within 60 days of conclusion

2  of the Arbitration.

3

4  AGREED AS TO FORM AND CONTENT.

5  Date: June 7, 2022                                    WORKMAN LAW FIRM, PC

6                                                        By: /s/Robin G. Workman
                                                            Robin G. Workman
7                                                           *Attorneys for Tyron Cooley, and all others
                                                            similarly situated*
8

9  Date:  June 7, 2022                                   LITTLER MENDELSON, P.C.

10                                                       By: /s/Douglas A. Wickham
                                                            Attorneys for Defendants
11                                                          THE SERVICEMASTER COMPANY, LLC,
                                                            TERMINIX INTERNATIONAL, INC., THE
12                                                          TERMINIX INTERNATIONAL COMPANY
13                                                          LIMITED PARTNERSHIP

14
   I hereby attest that I have obtained concurrence in the filing of this document from the signatory shown
15
   above.
16
   Dated: June 7, 2022
17                                                       Robin G. Workman

18

19                              **ORDER**

20       IT IS SO ORDERED.

21
   Dated:  June 7, 2022
22

23
                                                         MORRISON C. ENGLAND, JR
24                                                       SENIOR UNITED STATES DISTRICT JUDGE

25

26

27

28