BRADLEY E. SCHWAN, Bar No. 246457
bschwan@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
Telephone: 213.443.4300
Facsimile:  213.443.4299

ANNE SWEENEY JORDAN, Bar No. 273589
ajordan@littler.com
LITTLER MENDELSON, P.C.
50 W. San Fernando Street, 7th Floor
San Jose, CA 95113
Telephone:    408.998.4150
Facsimile:     408.288.5686

Attorneys for Defendants
THE SERVICEMASTER COMPANY, LLC,
TERMINIX INTERNATIONAL, INC., AND
THE TERMINIX INTERNATIONAL
COMPANY LIMITED PARTNERSHIP

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRON COOLEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE SERVICEMASTER COMPANY, LLC, TERMINIX INTERNATIONAL, INC., THE TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP, and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No.  2:20-cv-01382-MCE-DB<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING THE UNITED STATES SUPREME COURT'S REVIEW OF PETITION FOR WRIT OF CERTIORARI**<br><br>Date:<br>Time:<br>Dept:<br><br>(Sacramento Superior Court Case No: 34-2020-00278350)<br><br>Complaint Filed: May 8, 2020 |

Presently before the Court is Defendants' Motion to Stay Proceedings Pending The United States Supreme Court's Review of Petition for Writ of Certiorari.  Having considered the parties' papers and the record in its entirety, and good cause appearing therefrom, it is hereby ordered that:

1.     The Motion to Stay Proceedings Pending The United States Supreme Court's Review of Petition for Writ of Certiorari (ECF No. 37) is GRANTED.

2.     All proceedings in this District Court are stayed effective immediately until such time as the United States Supreme Court grants or denies certiorari of Defendants' petition.

3.     Not later than sixty (60) days following the date this Order is electronically filed, and every sixty (60) days thereafter until the stay is lifted, the parties shall file a Joint Status Report advising the Court regarding the status of Defendants' petition.

IT IS SO ORDERED.


Dated:  May 29, 2024

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE